1  Laurence F. Padway (SBN 083914)
   LAW OFFICES OF LAURENCE F. PADWAY
2  1516 Oak Street, Suite 109
   Alameda, CA 94501
3  Telephone:    (510) 814-6100
   Facsimile:    (510) 814-0650
4  e-mail: lpadway@padway.com

5
   Attorneys for plaintiff
6  Steven Smyrni

7

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

12  STEVEN SMYRNI,                      CASE NO. C08-04360 PJH

13          Plaintiff,
                                        STIPULATION TO CONTINUE CASE
14      v.                              MANAGEMENT CONFERENCE

15  US INVESTIGATIONS SERVICES, LLC
    PLAN,
16
            Defendant.
17

18  LIFE INSURANCE COMPANY OF NORTH
    AMERICA,
19
          Real Parties in Interest.
20

21      Whereas, the initial case management conference in the above matter has been scheduled

22  for January 8, 2009 at 2:30 p.m.; and

23

24      Whereas, counsel for plaintiff has to accompany his wife to a doctor's appointment due to

25  a recent shoulder fracture;

26

27      Now, therefore, the parties stipulate to continue the case management conference to

28  January 15, 2009 at 2:30 p.m.

COMPLAINT FOR ERISA BENEFITS          Page 1 of  2

1   IT IS SO STIPULATED.

2

3   DATED: January 6, 2009                /s/ Laurence F. Padway

4                                         _____
                                          Laurence F. Padway
                                          Law Offices of Laurence F. Padway
5                                         Attorneys for plaintiff

6

7
    DATED: January 6, 2009                /s/ Sean P. Nalty
8                                         _____
                                          Sean P. Nalty
9                                         Wilson, Elser, Moskowitz, Edelman &
                                               Dicker, LLP
10                                        Attorneys for Defendant Life Insurance
                                          Company of North America
11

12

13

14

15  PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

17  Dated: 1/8/09

18                                        Hon. Phyllis J. Hamilton
                                          United States District Judge
19

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

COMPLAINT FOR ERISA BENEFITS        Page 2 of 2