```
 1  SEAN P. NALTY  (SBN #121253)
    DENNIS J. RHODES  (SBN 168417)
 2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN& DICKER LLP
 3  525 Market Street, 17th Floor
    San Francisco, CA  94105
 4  Telephone:     (415) 433-0990
    Facsimile:     (415) 434-1370
 5
    Attorneys for Defendant
 6  LIFE INSURANCE COMPANY
    OF NORTH AMERICA
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN SMYRNI, | Case No.: C08-4360 PJH |
| Plaintiff, | [~~Proposed~~] **ORDER TO MODIFY BRIEFING SCHEDULE** |
| v. | |
| US INVESTIGATIVE SERVICES LLP PLAN; LIFE INSURANCE COMPANY OF NORTH AMERICA; Real Party in Interest, | Courtroom:   C, 15th Fl.<br>Judge :       Hon. Howard M. Chen<br>Filed: September 17, 2008 |
| Defendants. | |

GOOD CAUSE APPEARING,.

The parties shall file a joint status statements on or before September 30, 2009 ~~or~~ _____. ~~The Court will hold a Case Management Conference on _____, 2009 at _____ o'clock _____.m.~~

It is so Ordered.

Dated: 5/4/09 _____.

_____
The Honorable [signature: Judge Phyllis J. Hamilton] Hamilton
Judge of the United States District Court

*IT IS SO ORDERED* [seal: United States District Court, Northern District of California]

[Proposed] ORDER TO MODIFY BRIEFING SCHEDULE
USDC NDCA No. C08-4360EMC
438756.1