UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN SMYRNI,

    Plaintiff(s),

    v.

US INVESTIGATIONS SERVICE

    Defendant(s).

_____/

No. C 08-4360 PJH

**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE AND VACATING HEARING DATE ON PENDING MOTIONS**

TO ALL PARTIES AND COUNSEL OF RECORD:

A Further Case Management Conference shall be held on August 6, 2009 at 2:30 p.m., in Courtroom 5, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

The hearing dates, as well as the corresponding briefing schedules, in connection with plaintiff's pending motions for an order determining the amount of benefits due, and for attorneys' fees, are hereby VACATED, until after the case management conference has been held.

**IT IS SO ORDERED.**

Dated: July 20, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge