1  SEAN P. NALTY  (SBN #121253)
   DENNIS J. RHODES  (SBN 168417)
2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN& DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Telephone:     (415) 433-0990
   Facsimile:     (415) 434-1370
5
   Attorneys for Defendant
6  US INVESTIGATIVE SERVICES LLP PLAN and
   LIFE INSURANCE COMPANY OF NORTH AMERICA
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11  STEVEN SMYRNI,                         ) Case No.: C08-4360 PJH
                                           )
12           Plaintiff,                    )    ORDER DENYING REQUEST
                                           ) STIPULATION OF THE PARTIES RE:
13      v.                                 ) CONTINUING THE AUGUST 12, 2009
                                           ) HEARING IN THIS MATTER TO
14  US INVESTIGATIVE SERVICES LLP PLAN;    ) AUGUST 26, 2009 and [Proposed]
                                           ) ORDER
15           Defendant.                    )
                                           ) Courtroom:   C, 15th Fl.
16  _____) Judge: Phyllis J. Hamilton
                                           ) Filed: September 17, 2008
17  LIFE INSURANCE COMPANY OF NORTH        )
    AMERICA;                               )
18                                         )
           Real Party in Interest.         )
19  _____)

20       Plaintiff, Steven Smyrni, through his counsel of record, Laurence Padway, and defendant

21  US Investigative Services LLP Plan and Real Party in Interest Life Insurance Company of North

22  America hereby stipulate to the following:

23       Currently set for hearing in this matter on August 12, 2009 is plaintiff's motion for back

24  benefits, interest, and attorney's fees ("plaintiff's motion").  Counsel for defendants has had an

25  extensive travel schedule over the last three weeks.  Accordingly, as a professional courtesy,

26  counsel for plaintiff, Laurence Padway, has agreed to move the hearing on plaintiff's motion to

27  August 26, 2009.

                                    1

28

1    Accordingly, the parties to this matter, through their counsel, hereby stipulate that

2  plaintiff's motion, currently set for hearing on August 12, 2009,  can be continued to August 26,

3  2009.

4    IT IS HEREBY STIPULATED.

5  Dated: July 20, 2009          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

6

7                       By: /s/  Sean P. Nalty
                            Sean P. Nalty, Esq.
8                            Attorney for Defendant LIFE INSURANCE COMPANY
                            OF NORTH AMERICA and US INVESTIGATIVE
9                            SERVICES PLAN LLP

10  Dated: July 20, 2009          THE LAW OFFICES OF LAURENCE F. PADWAY

11

12

13                       By:   /s/ Laurence F. Padway
                            Laurence F. Padway
14                            Attorney for Plaintiff STEVEN SMYRNI

15

16                       **[Proposed] ORDER**

17    Based on the stipulation of the parties, plaintiff's motion for back benefits, interest, and

18  attorney's fees, currently scheduled for hearing on August 12, 2009, is continued to August 26,

19  2009 at 9:00 a.m.

20    IT IS SO ORDERED.

21  Dated: _____          _____

22                            Phyllis J. Hamilton
                            Judge of the United States District Court
23  DENIED AS MOOT IN LIGHT OF
     COURT'S ORDER VACATING
24  HEARING DATE.

25

26

27                            2

28  _____
     STIPULATION OF THE PARTIES re: CONTINUING THE HEARING TO AUGUST 26, 2009; [Proposed]
                                              ORDER
USDC NDCA No. C08-4360EMC
459945.1

DENIED

Judge Phyllis J. Hamilton

**CERTIFICATE OF SERVICE**
*Steven Smyrni v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #C08-4360EMC*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725. On this date I served the following document(s):

**STIPULATION OF THE PARTIES re: CONTINUING THE AUGUST 12, 2009 HEARING IN THIS MATTER TO AUGUST 26, 2009 and [Proposed] ORDER**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

: **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

**XXX** : **Electronically** on the recipients designated on the Transaction Receipt located on U.S. District Court website.

Laurence F. Padway
Costa Nikoloutsopoulos
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Ste. 109
Alameda, CA 94501
Tel: (510) 814-6100
Fax: (510) 814-0650
*Attorneys for Plaintiff Steven Smyrni*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **July 20, 2009**, at San Francisco, California.

Stacey Muller

1
CERTIFICATE OF SERVICE

USDC NDCA No. C08-4360EMC
460009.1