```
 1  Laurence F. Padway (SBN 083914)
    Law Offices of Laurence F. Padway
 2  1516 Oak Street, Suite 109
    Alameda, CA 94501
 3  Telephone:    (510) 814-6100
    Facsimile:    (510) 814-0650
 4
    Attorneys for plaintiff
 5  Steven Smyrni

 6  Sean P. Nalty (SBN 121253
    Dennis J. Rhodes (SBN 168417)
 7  Wilson, Else, Moskowitz, Edelman and Dicker, LLP
    525 Market Street, 17th Floor
 8  San Francisco, CA 94105

 9  Telephone:    (415)433-0990
    Facsimile:    (415) 434-1370
10
    Attorneys for defendant US Investigative
11  Services LLP Plan and Real Party Life Insurance
    Company of North America
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVEN SMYRNI, | CASE NO. C08-04360 PJH |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [Proposed] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE |
| US INVESTIGATIONS SERVICES, LLC PLAN, | |
| Defendant. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Real Parties in Interest. | |

Whereas, the court has scheduled a further case management conference in the above matter for August 6, 2009 at 2:30 p.m.; and

Whereas, counsel for plaintiff will be on vacation August 5, 2009 and August 6, 2009;

1  Now, therefore, the parties stipulate to continue the case management conference to
2  August 13, 2009 at 2:30 p.m.
3  IT IS SO STIPULATED.
4
5  Dated: July 21, 2009
6
7  /s/_____           /s/_____
   Laurence F. Padway              Sean P. Nalty
8  Attorney for plaintiff          Wilson, Elser, Moskowitz,
                                       Edelman and Dicker, LLP
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1                             [Proposed] Order

2       On stipulation of the parties, it is ordered that the further case management

3  conference in the above matter is continued to August 13, 2009 at 2:30 p.m.

4       July 28, 2009



_____
Hon.
Judge