UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN SMYRNI,

    Plaintiff(s),      No. C 08-4360 PJH

    v.      **CASE MANAGEMENT ORDER**

US INVESTIGATIONS SERVICES, LLC PLAN,

    Defendant(s).

_____/

Pursuant to the stipulation of counsel at the August 13, 2009 case management conference, the court orders that the case proceed as follows:

1. Plaintiff's motion for declaratory judgment re back benefits (docket no. 20) is WITHDRAWN. Plaintiff's motion to supplement his complaint (docket no. 34) is WITHDRAWN. Plaintiff's motion for preliminary injunction (docket no. 36) is WITHDRAWN.

2. Plaintiff shall instead file an omnibus motion addressing the requests for 1) interest, 2) tax returns, and 3) documents by September 16, 2009 and noticed for hearing on October 21, 2009.

3. Defendant shall not discontinue payment of benefits pending a determination of the omnibus motion.

4. Plaintiff's motion for attorneys fees (docket no. 23) noticed for hearing on September 2, 2009, shall be re-noticed for hearing on October 21, 2009.

**IT IS SO ORDERED.**

Dated: August 14, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge