UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN SMYRNI,

       Plaintiff,

       v.

US INVESTIGATIONS SERVICES, LLC PLAN,

       Defendant.

_____/

No. C 08-4360 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred for random assignment to a Magistrate Judge for resolution of those issues for which the authority and power to issue a final order is vested in the Magistrate Judge pursuant to Rule 72-1, and for a report and recommendation on those issues that remain, in connection with both (1) plaintiff's omnibus motion for interest and for order determining that tax returns need not be produced and for disclosure of documents; and (2) plaintiff's motion for attorneys' fees.

The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge. The hearing date set for October 21, 2009 in conjunction with the foregoing motions is hereby VACATED.

IT IS SO ORDERED.

Dated: September 24, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, Assigned M/J