UNITED STATES DISTRICT COURT

Northern District of California

STEVEN SMYRNI,

              Plaintiff(s),           No. C 08-04360 PJH (MEJ)

  v.

                                     **NOTICE OF REFERENCE**

US INVESTIGATIONS SERVICE,

              Defendant(s).

_____/

      The above-captioned case was referred to Magistrate Judge Maria-Elena James to prepare an order and report and recommendation on (1) Plaintiff's omnibus motion for interest and for order determining that tax returns need not be produced and for disclosure of documents; and (2) Plaintiff's motion for attorneys' fees. Accordingly, the Court shall conduct a hearing on November 19, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Pursuant to Civil Local Rule 7, Defendant shall file any opposition to Plaintiff's motion by October 29, 2009, and Plaintiff shall file any reply by November 5, 2009.

      When filing papers that require the Court to take any action (e.g. motions, meet and confer letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy." Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

      **Plaintiff shall serve this order upon all other parties in this action.** Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

      **IT IS SO ORDERED.**

Dated: October 5, 2009

                                                          _____
                                                           Maria-Elena James
                                                           Chief United States Magistrate Judge