**UNITED STATES DISTRICT COURT**

Northern District of California

STEVEN SMYRNI

                Plaintiff(s),                No. C 08-04360 MEJ

  v.

US INVESTIGATIONS SERVICE

                Defendant(s).

**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

_____/

On October 29, 2009, Defendant electronically filed two oppositions. (Dkt. ##63-64.) However, Defendant has failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Defendant is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents.

      **IT IS SO ORDERED.**

Dated: November 3, 2009

                                              _____
                                              Maria-Elena James
                                              Chief United States Magistrate Judge