1    Laurence F. Padway (SBN 083914)
     Law Offices of Laurence F. Padway
2    1516 Oak Street, Suite 109
     Alameda, CA 94501
3    Telephone:     (510) 814-6100
     Facsimile:     (510) 814-0650
4
     Attorneys for plaintiff
5    Steven Smyrni

6    Sean P. Nalty (SBN 121253)
     Dennis J. Rhodes (SBN 168417)
7    Wilson, Else, Moskowitz, Edelman and Dicker, LLP
     525 Market Street, 17th Floor
8    San Francisco, CA 94105

9    Telephone:     (415)433-0990
     Facsimile:     (415) 434-1370
10
     Attorneys for defendant US Investigative
11   Services LLP Plan and Real Party Life Insurance
     Company of North America
12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16   STEVEN SMYRNI,                          CASE NO. C08-04360 PJH (MEJ)

17              Plaintiff,
                                             STIPULATION AND
18        v.                                 [Proposed] ORDER CONTINUING
                                             OMNIBUS MOTION AND NOTIFICATION
19   US INVESTIGATIONS SERVICES, LLC         OF SETTLEMENT OF MOTION FOR FEES
     PLAN,
20                                           Date: December 3, 2009
                Defendant.                   Time: 10:00 a.m.
21
                                             Hon. Maria-Elena James
22

23   LIFE INSURANCE COMPANY OF NORTH
     AMERICA,
24
                Real Parties in Interest.
25

26        Whereas the parties have reached a settlement on plaintiff's motion for fees; and

27        Whereas the parties wish to continue plaintiff's omnibus motion in order to discuss

28   resolution of this matter, and continue the due date for plaintiff's reply memorandum; and

1    Now, therefore, the parties stipulate to continue plaintiff's omnibus motion until January

2  14, 2010 and plaintiff's reply brief due date to December 31, 2009.

3    IT IS SO STIPULATED.

4

5  Dated:  November 5, 2009

6

7    /s/_____          /s/_____

8    Laurence F. Padway              Sean P. Nalty
     Attorney for plaintiff          Wilson, Elser, Moskowitz,
9                                        Edelman and Dicker, LLP

10                      [Proposed] Order

11    On stipulation of the parties, it is ordered that plaintiff's omnibus motion is

12  continued to January 14, 2010 at 10:00 a.m.   Plaintiff's reply brief due date is extended to

13  December 31, 2009.

14

15    November 12, 2009

16    _____
      Hon. Maria Elena James
17    Judge of the United States District Court

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order                Page 2 of 2