UNITED STATES DISTRICT COURT

Northern District of California

STEVEN SMYRNI,

            Plaintiff(s),           No. C 08-04360 PJH (MEJ)

  v.

US INVESTIGATIONS SERVICE,     **ORDER RE: PLAINTIFF'S OMNIBUS MOTION**

            Defendant(s).

_____/

This matter is currently scheduled for a hearing on January 14, 2010 regarding Plaintiff's omnibus motion (Dkt. #44.) Given that three separate motions have been pending before the undersigned at various times, and two of those motions are no longer on calendar, the Court ORDERS the parties to file a joint statement that lists all documents that are relevant to Plaintiff's omnibus motion. The statement shall provide the docket number, filing date, and caption information for each document. The parties shall file their statement by January 5, 2010.

**IT IS SO ORDERED.**

Dated: December 30, 2009

                                                           _____
                                                           Maria-Elena James
                                                           Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California