UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN SMYRNI

    Plaintiff(s),                              No. 08-04360 MEJ

    v.                                    **NOTICE OF CONTINUANCE**

US INVESTIGATIONS SERVICE

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that the hearing re: Plaintiff's omnibus motion (Dkt. #44), scheduled to take place on January 14, 2010 at 10:00 a.m. has been continued to January 21, 2010 at 10:00 a.m., in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: January 7, 2010

                                                             _____
                                                             Brenda Tolbert, Courtroom Deputy to
                                                             Maria-Elena James,
                                                             Chief United States Magistrate Judge