**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    STEVEN SMYRNI,                              No. C 08-04360 PJH (MEJ)

12                            Plaintiff,          **ORDER RE: TREASURY BILL RATE OF
                                                  INTEREST**
13            v.

14    US INVESTIGATIVE SERVICES LLP PLAN;
      LIFE INSURANCE COMPANY OF NORTH
15    AMERICA; Real Party in Interest,

16                            Defendants.
                                            /
17

18            Following argument on Plaintiff's Omnibus Motion on January 21, 2010, the Court hereby

19    ORDERS the parties to e-file (no chambers copy necessary) a joint statement that provides the

20    annual Treasury Bill rate of interest for years 2006-2008.

21            **IT IS SO ORDERED.**

22

23

24    Dated:  January 21, 2010                    _____
                                                  MARIA-ELENA JAMES
25                                                Chief United States Magistrate Judge

26

27

28