**UNITED STATES DISTRICT COURT**

**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

STEVEN SMYRNI,

               Plaintiff(s),

   v.

US INVESTIGATIONS SERVICE,

               Defendant(s).
_____/

No. C 08-04360 PJH (MEJ)

**ORDER RE START DATE OF BACK BENEFITS**

     To aid in preparation of the report and recommendation in this matter, the Court hereby ORDERS the parties to file a joint statement that provides the exact start date of Plaintiff's back benefits. The parties shall e-file their statement by February 10, 2010 at noon. No chambers copy is necessary.

     **IT IS SO ORDERED.**

Dated: February 8, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge