1  Laurence F. Padway (SBN 083914)
   Law Offices of Laurence F. Padway
2  1516 Oak Street, Suite 109
   Alameda, CA 94501
3  Telephone:    (510) 814-6100
   Facsimile:    (510) 814-0650
4
   Attorneys for plaintiff
5  Steven Smyrni

6  Sean P. Nalty (SBN 121253
   Dennis J. Rhodes (SBN 168417)
7  Wilson, Else, Moskowitz, Edelman and Dicker, LLP
   525 Market Street, 17th Floor
8  San Francisco, CA 94105

9  Telephone:    (415)433-0990
   Facsimile:    (415) 434-1370
10
   Attorneys for defendant US Investigative
11 Services LLP Plan and Real Party Life Insurance
   Company of North America
12

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

16 | STEVEN SMYRNI,              | CASE NO. C08-04360 PJH (MEJ)
17 |         Plaintiff,          |
                                 | STIPULATION AND [Proposed] ORDER
18 |     v.                      | TO CONTINUE CASE MANAGEMENT
                                 | CONFERENCE
19 | US INVESTIGATIONS SERVICES, LLC |
   | PLAN,                       | Date: May 6, 2010
20 |                             | Time: 2:00 p.m.
   |         Defendant.          |
21 |                             |
   | LIFE INSURANCE COMPANY OF NORTH |
22 | AMERICA,                    |
   |                             |
23 |     Real Parties in Interest. |

24

25

26
        Whereas, a further case management conference in the above matter has been scheduled
27
   for May 6, 2010;
28

   Stipulation and Order              Page 1 of 2

1  Whereas, the parties are engaged in finalizing the remaining issues of the case and expect
2  to submit within 30 days a stipulation to dismiss the case or enter judgment as appropriate;

4  Now, therefore the parties stipulate that the case management conference scheduled for
5  May 6, 2010 be continued for thirty days.

7  IT IS SO STIPULATED.

9  Date: April 30, 2010        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

             By:    /s/
                    SEAN P. NALTY
                    DENNIS J. RHODES
                    Attorneys for Defendant US INVESTIGATIVE
                    SERVICES, LLC PLAN and Real Party in Interest LIFE
                    INSURANCE COMPANY OF NORTH AMERICA

15 Date: April 30, 2010        LAW OFFICES OF LAURENCE F. PADWAY

             By:    /s/
                    LAURENCE F. PADWAY
                    Attorneys for Plaintiff
                    Alfredo STEVEN SMYRNI

**[Proposed] Order**

On stipulation of the parties, it is ordered that the further case management conference in the above matter is continued to  June 10, 2010  at 2:00 ~~2:30~~ p.m.

May 3
~~April __~~, 2010

IT IS SO ORDERED

_____
Hon. Phyllis J. Hamilton
Judge of the United States District Court

Stipulation and Order          Page 2 of 2