SEAN P. NALTY  (SBN 121253)
Email: sean.nalty@wilsonelser.com
SHIVANI NANDA (SBN 253891)
Email: shivani.nanda@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:     (415) 433-0990
Facsimile:      (415) 434-1370

Attorneys for Defendant
US INVESTIGATIVE SERVICES LLP PLAN
& Real Party in Interest LIFE INSURANCE
COMPANY OF NORTH AMERICA

LAURENCE F. PADWAY, (SBN 89314)
Email: Lpadway@padway.com
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-0680
Facsimile : (510)814-0650

Attorneys for Plaintiff
STEVEN SMYRNI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SMYRNI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>US INVESTIGATIVE SERVICES LLP PLAN;<br>LIFE INSURANCE COMPANY OF NORTH<br>AMERICA; Real Party in Interest,<br><br>　　　　Defendants. | Case No.: C08-4360 PJH (MEJ)<br><br>**STIPULATION AND ~~PROPOSED~~**<br>**ORDER TO CONTINUE THE JUNE 10,**<br>**2010 CASE MANAGEMENT**<br>**CONFERENCE**<br><br>Date:  June 10, 2010<br>Time: 1:30 p.m.<br>Courtroom: C, 15th Floor |

**IT IS HEREBY STIPULATED,** by and between plaintiff Steven Smyrni ("Plaintiff),

defendant US Investigative Services LLP Plan, and real party in interest Life Insurance Company

of North America (jointly "Defendants"), through their attorneys of record, as follows:

///

---

1

**STIPULATION AND PROPOSED ORDER TO CONTINUE THE JUNE 10, 2010 CASE MANAGEMENT CONFERENCE**

USDC NDCA Case # C08-4360 PJH (MEJ)

1    WHEREAS, on March 5, 2010, the Court ordered the parties to appear for a further case
2  management conference on May 6, 2010 to determine if any additional proceedings are necessary;
3    WHEREAS, the parties submitted a stipulated request to continue the May 6, 2010 case
4  management conference by thirty days to allow the parties to finalize all remaining issues of the
5  case;
6    WHEREAS, the Court granted the parties stipulated request on May 3, 2010, and ordered
7  the parties to appear for a further case management conference on June 10, 2010;
8    WHEREAS, the parties agree that all issues have been resolved except that Defendants are
9  in the process of sending Plaintiff a check for prejudgment interest, which Plaintiff should receive
10 within the next week;
11   WHEREAS, the parties will file a stipulation for dismissal upon Plaintiff's receipt of the
12 prejudgment interest check;
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

1  NOW THEREFORE, the parties stipulate to continuing the June 10, 2010 further case
2  management conference by thirty days;
3  IT IS SO STIPULATED.
4  Dated: June 9, 2010        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

6  By: /s/ *Sean P. Nalty*
7  Sean P. Nalty, Esq.
   Attorney for Defendant LIFE INSURANCE COMPANY
8  OF NORTH AMERICA and US INVESTIGATIVE
   SERVICES PLAN LLP

9  Dated: June 9, 2010        THE LAW OFFICES OF LAURENCE F. PADWAY

12  By: /s/ *Laurence F. Padway*
    Laurence F. Padway
13  Attorney for Plaintiff STEVEN SMYRNI

14  **ORDER**
15  Based on the stipulation of the parties, the further case management conference currently
16  scheduled for June 10, 2010, is continued to July 8, 2010 at 2:00 p.m.
17  IT IS SO ORDERED.

18  Date: 6/10/10              By: _____
19                             HONORABLE PHYLLIS J. HAMILTON
                               United States District Judge

3
**STIPULATION AND PROPOSED ORDER TO CONTINUE THE JUNE 10, 2010 CASE MANAGEMENT CONFERENCE**
USDC NDCA Case # C08-4360 PJH (MEJ)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 9, 2010.


          /s/ Shivani Nanda
          SHIVANI NANDA

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Tel:     (415) 433-0990
Fax:    (415) 434-1370