| | |
|---|---|
| 1 | SEAN P. NALTY  (SBN 121253) |
|   | Email: sean.nalty@wilsonelser.com |
| 2 | SHIVANI NANDA (SBN 253891) |
|   | Email: shivani.nanda@wilsonelser.com |
| 3 | WILSON, ELSER, MOSKOWITZ, |
|   |     EDELMAN & DICKER LLP |
| 4 | 525 Market Street, 17th Floor |
|   | San Francisco, CA  94105 |
| 5 | Telephone:     (415) 433-0990 |
|   | Facsimile:     (415) 434-1370 |
| 6 | |
|   | Attorneys for Defendant |
| 7 | US INVESTIGATIVE SERVICES LLP PLAN |
|   | & REAL PARTY IN INTEREST LIFE INSURANCE |
| 8 | COMPANY OF NORTH AMERICA |
|   | |
| 9 | LAURENCE F. PADWAY, (SBN 89314) |
|   | Email: Lpadway@padway.com |
| 10 | LAW OFFICES OF LAURENCE F. PADWAY |
|    | 1516 Oak Street, Suite 109 |
| 11 | Alameda, California 94501 |
|    | Telephone: (510)814-0680 |
| 12 | Facsimile : (510)814-0650 |
|    | |
| 13 | Attorneys for Plaintiff |
|    | STEVEN SMYRNI |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN SMYRNI, | ) | Case No.: C08-4360 PJH (MEJ) |
|  | ) |  |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
|  | ) | **ORDER FOR DISMISSAL OF ACTION** |
| v. | ) | **WITH PREJUDICE** |
|  | ) |  |
| US INVESTIGATIVE SERVICES LLP PLAN; | ) |  |
| LIFE INSURANCE COMPANY OF NORTH | ) |  |
| AMERICA; Real Party in Interest, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

---

1

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**
USDC NDCA Case # C08-4360 PJH (MEJ)

1    Plaintiff Steven Smyrni ("plaintiff), defendant US Investigative Services LLP Plan, and real
2 party in interest Life Insurance Company of North America (jointly "defendants"), by and through
3 their respective counsel of record, hereby stipulate that this action should be dismissed with
4 prejudice.

Date: July 7, 2010         WILSON, ELSER, MOSKOWITZ,
                                     EDELMAN & DICKER LLP

                           By:   /s/ Sean P. Nalty
                                 SEAN P. NALTY
                                 SHIVANI NANDA
                                 Attorneys for Defendant
                                 US INVESTIGATIVE SERVICES LLP PLAN
                                 and Real Party in Interest
                                 LIFE INSURANCE COMPANY OF NORTH
                                 AMERICA

Date: July 7, 2010         LAW OFFICES OF LAURENCE F. PADWAY

                           By:   /s/ Laurence F. Padway
                                 LAURENCE F. PADWAY
                                 Attorneys for Plaintiff
                                 STEVEN SMYRNI

## ORDER

   Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants and real parties in interest.

IT IS SO ORDERED.

Date: 7/8/10              By:   HONORABLE PHYLLIS J. HAMILTON

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA